No. 09-8006. Manuel Santos, Petitioner v. Massachusetts.

559 U.S. 948, 130 S. Ct. 1525, 176 L. Ed. 2d 127, 2010 U.S. LEXIS 1267.

February 22, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 454 Mass. 245, 909 N.E.2d 1.